# Michael O'Connor

**From:** Michael O'Connor <moconnor@oconnorcraig.com>
**Sent:** Thursday, January 08, 2015 11:52 AM
**To:** njm@hwallp.com
**Subject:** FW: Burg v Residential Credit Solutions

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 12:50:54 PM
CHRISTOPHER A. PRINE
Clerk

I have not received a reply to the below email. It has been a month since you filed a notice of appeal but it still does not show on the web site of either the 1st or 14th Courts of Appeal, presumably because you never filed a copy of the notice with those courts. What is going on? You must rectify this situation immediately

Michael C. O'Connor
**O'Connor Craig Gould & Evans**
An Association of Attorney at Law
2500 Tanglewilde, Ste 222
Houston, Texas 77063
Telephone: 713-266-3311
Fax: 713-953-7513
E-mail: moconnor@oconnorcraig.com

***Please note my new e-mail address***

---

**From:** Michael O'Connor [mailto:moconnor@oconnorcraig.com]
**Sent:** Friday, January 02, 2015 11:01 AM
**To:** njm@hwallp.com
**Subject:** Burg v Residential Credit Solutions

I previously requested information from you as to the Case # and Court of Appeals for your appeal. Since it is not showing on-line, I believe that you failed to send a copy of your Notice of Appeal to the Clerks of the 1st and 14th Courts of Appeal as required by the Rules. Once I determine where the appeal lands, I will be filing a motion to dismiss and/or for sanctions. Please acknowledge and reply

Michael C. O'Connor
**O'Connor Craig Gould & Evans**
An Association of Attorney at Law
2500 Tanglewilde, Ste
Houston, Texas 77063
Telephone: 713-266-3311
Fax: 713-953-7513
E-mail: moconnor@oconnorcraig.com

***Please note my new e-mail address***

**EXHIBIT A**

1

| | |
|---|---|
| **From:** | Michael O'Connor <moconnor@oconnorcraig.com> |
| **Sent:** | Thursday, January 15, 2015 12:37 PM |
| **To:** | 'Nathan J. Milliron' |
| **Subject:** | RE: Burg |

There is still nothing shown on court of appeals website. I will be compelled to file a motion with the Court of Appeals on Monday unless you show me that you have filed a copy of the Notice of Appeal with the clerk of the Court of Appeals, which you were supposed to do in December

Michael C. O'Connor
O'Connor Craig Gould & Evans
An Association of Attorney at Law
2500 Tanglewilde, Ste 222
Houston, Texas 77063
Telephone: 713-266-3311
Fax: 713-953-7513
E-mail: moconnor@oconnorcraig.com

***Please note my new e-mail address***

-----Original Message-----
From: Nathan J. Milliron [mailto:njm@hwallp.com]
Sent: Friday, January 09, 2015 3:53 PM
To: moconnor@oconnorcraig.com
Subject: Burg

Mr. O'Connor:

I apologize for the delay we have been trying to ascertain status. The case is assigned to the First Court of Appeals. As I understand it, the district clerk's office has not yet sent it over. Apparently there is a backlog and it may be late next week until it gets there. The district clerk's office asked us to contact them again late next week if it still doesn't show up online at the appellate level. Further, I'm told we will get e-mails from the court of appeals when the case gets there.

Nathan

Sent from my iPhone